# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JADA PATTON, a minor, : | CIVIL ACTION |
| by DAWN DANIELS-PATTON, Guardian : | |
| : | |
| v. : | |
| : | |
| SMITHKLINE BEECHAM CORPORATION : | |
| d/b/a GLAXOSMITHKLINE : | NO. 11-5965 |

## ORDER

**AND NOW**, this 14th day of December, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 3), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.